NO. 07-02-0306-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

SEPTEMBER 5, 2002

_____


GUY FOGEL, M.D., APPELLANT

V.

FABIAN MONTOYA, APPELLEE


_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2000-511,447; HONORABLE J. BLAIR CHERRY, JUDGE

_____

Before QUINN and REAVIS and JOHNSON, JJ.

Appellant Guy Fogel, M.D., and appellee, Fabian Montoya filed a Joint Motion to Dismiss After Settlement on August 26, 2002, averring that they no longer wished to prosecute this appeal.

Without passing on the merits of the case, the parties' joint motion for dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. All costs having been

paid, no order pertaining to the costs is made. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Phil Johnson
Justice


Do not publish.